## No. 5099.

### The State of Louisiana v. Jacob Turner.

On the day of trial the sheriff had not made his return as to a subpena issued for a witness on behalf of the defendant. A motion for a continuance on this ground was overruled. The case, however, was continued until the following day, when the sheriff made his return that the witness was not to be found. The application for a continuance should have been renewed after the return of the sheriff. This not having been done, the court a qua did not err in proceeding to trial.

APPEAL from the Fourteenth Judicial District Court, parish of Morehouse. *Ray, J.* Criminal case. *C. T. Dunn,* District Attorney, for the State. *D. C. Morgan, Newton & Hall,* for defendant and appellant.

MORGAN, J. The day before the prisoner's case was fixed for trial, he caused a subpena to issue directed to William R. P. Phillips. On the day of the trial the sheriff had not made his return. The prisoner's counsel moved for a continuance on this ground, which was refused. He then moved the court for time to prepare an affidavit for a continuance, on the ground of the absence of the witness. This motion was also overruled. To these refusals he reserved a bill of exception.

The case was continued over until the following day, when the sheriff made his return, that the witness was not to be found. No application was made for a continuance after the return was made. He was not injured by the refusal of the judge to grant him a continuance on account of the absence of his witness, before the return of the sheriff had been made. His application should have been renewed when the sheriff returned that the witness could not be found.

The same may be said with reference to the other objections urged by him. They were all made at an improper time, or were made too late.

Judgment affirmed.